UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KINGS COUNTY, et al.,<br><br>        Defendant. | 1:20-cv-00503-JDP (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ECF No. 6 |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2020, plaintiff filed the instant application to proceed in forma pauperis. Because the court granted plaintiff's previous application to proceed in forma pauperis in the present case on April 13, 2020, ECF No. 4, it is hereby ordered that plaintiff's application on April 20, 2020, ECF No. 6, is disregarded as moot.

IT IS SO ORDERED.

Dated:   April 24, 2020                            _/s/ Jeremy Peterson_
                                                        UNITED STATES MAGISTRATE JUDGE

No. 204.